IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES                                          PLAINTIFF/RESPONDENT

   v.          No. 2:02-CR-20047
              No. 2:11-CV-02114

ROBERT LOUIS SALTER                                    DEFENDANT/PETITIONER

**ORDER**

Now on this 17th day of November 2011, there comes on for consideration the report and recommendation filed herein on August 15, 2011, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 211). Also before the Court are Mr. Salter's written objections to the report and recommendation (Doc. 212).

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: the report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2255 motion (Doc. 205) is DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                          /s/ Robert T. Dawson
                          Honorable Robert T. Dawson
                          United States District Judge